DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL BUCKNOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2839

[January 30, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 05-6515CF10C.

Michael Bucknor, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***